DAVID B. GOLUBCHIK (State Bar No. 185520)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JPF@LNBYB.COM

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:18-bk-10290-RK |
| | ) |
| PEOPLE WHO CARE YOUTH CENTER, INC., | ) Chapter 11 Case |
| | ) Small Business Case 11 U.S.C. § 1116 |
| | ) |
| Debtor and Debtor in Possession. | ) **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE CLOSING DEBTOR'S CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHELLE MCARN IN SUPPORT** |
| | ) |
| | ) Hearing: |
| | ) Date:    March 10, 2021 |
| | ) Time:    11:00 a.m. |
| | ) Place:   Courtroom 1675 |
| | )              255 East Temple Street |
| | )              Los Angeles, CA 90012 |

1

**PLEASE TAKE NOTICE** that on March 10, 2021, at 11:00 a.m., in Courtroom 1675 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, the Honorable Robert N. Kwan, United States Bankruptcy Judge for the Central District of California (the "Court") will hold a hearing on the Notice of Motion and Motion for Entry of Final Decree Closing Debtor's Chapter 11 Case (the "Motion") filed by People Who Care Youth Center, Inc. (the "Debtor"), the reorganized debtor herein.

In support of this Motion, the Debtor relies upon the memorandum of points and authorities and declaration of Michelle McArn (the "McArn Declaration") annexed to the Motion, this notice (the "Notice"), and all pleadings that may be filed in support of the Motion. The bases for the relief requested in the Motion are section 350 of title 11 of the United States Code, sections 101 *et seq.* (the "Bankruptcy Code") and Rules 2002 and 3022 of the Federal Rules of Bankruptcy Procedure (the "FRBP"). Parties who wish to receive a complete copy of the Motion and its supporting papers may do so by making written request to the Debtor's counsel J.P. Fritz, Esq., Levene, Neale, Bender, Yoo & Brill L.L.P. by email at: JPF@LNBYB.COM.

The Debtor has substantially consummated its confirmed chapter 11 plan (the "Plan"). There are no pending motions in the Case other than final fee applications, which are set for hearing concurrently with the Motion. All claim objections have been resolved. Substantially all payments to all creditors under the Plan have been made. There is one adversary remaining pending: People Who Care Youth Center, Inc. v. Ammec, Inc. and Greta Curtis, 2:18-ap-01139-RK, which is set for trial on February 18 and 19, 2021, and which may conclude before the hearing on the Motion. Therefore, by the time of the hearing on the Motion, the Debtor's bankruptcy estate will be fully administered, and, thus, the Court should grant the Motion and enter an order of final decree closing the Case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(f), any opposition to the Motion must be filed with the Clerk of the United States Bankruptcy Court and served upon the United States Trustee as well as counsel for the Debtor at the address located in

1 the upper left-hand corner of the first page of this Notice by no later than fourteen (14) days before
2 the hearing on the Motion.  Pursuant to Local Rule 9013-1(h), failure to file a timely opposition
3 may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

4     **WHEREFORE**, the Debtor respectfully requests that the Court (1) enter an order in the
5 form attached as Exhibit "1" hereto granting the Motion in its entirety; (2) enter a final decree
6 closing the Case, and (3) grant such other and further relief as the Court deems just and proper
7 under the circumstances.

Dated: February 17, 2021        PEOPLE WHO CARE YOUTH CENTER, INC.

                                       By:    */s/ John-Patrick M. Fritz*
                                              DAVID B. GOLUBCHIK
                                              JOHN-PATRICK M. FRITZ
                                              LEVENE, NEALE, BENDER,
                                              YOO & BRILL, L.L.P.
                                              Attorneys for Reorganized Debtor

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

The Debtor has substantially consummated its confirmed chapter 11 plan (the "Plan"). There are no pending motions in the Case other than final fee applications, which are set for hearing concurrently with the Motion. All claim objections have been resolved. Substantially all payments to all creditors under the Plan have been made. There is one adversary remaining pending: People Who Care Youth Center, Inc. v. Ammec, Inc. and Greta Curtis, 2:18-ap-01139-RK, which is set for trial on February 18 and 19, 2021, and which may conclude before the hearing on the Motion. Therefore, by the time of the hearing on the Motion, the Debtor's bankruptcy estate will be fully administered, and, thus, the Court should grant the Motion and enter an order of final decree closing the Case.

**II.    STATEMENT OF FACTS**

People Who Care Youth Center, Inc. (the "Debtor") commenced its bankruptcy case by filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code (the "Bankruptcy Code") on January 10, 2018, (the "Petition Date"). The Debtor managed its financial affairs, operated its business, and administered its bankruptcy estate as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code throughout the case.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

The Debtor is a non-profit corporation, and its mission is to provide child daycare and afterschool programs to low-income working parents in South Central Los Angeles.

The Debtor's primary asset is a commercial real property building located at 1502 and 1512 West Slauson Avenue, Los Angeles, California 90047 (the "Property"). The Property consists of two commercial buildings for total of 13,500 square feet, built in 1946 and renovated in 2009.

For three years the Debtor and its professionals worked diligently to refinance the Property in a difficult and complicated bankruptcy case, which ultimately resulted in a successful refinancing and a confirmed chapter 11 plan going effective.

On May 27, 2020, the Court confirmed the Debtor's chapter 11 plan, and on June 3, 2020, the Court entered its order and findings of fact and conclusions of law in support of the order [Doc Nos. 182 and 183]. The effectiveness of the plan was conditioned on the Debtor closing refinancing.

Over several months, the Debtor made efforts to close refinancing, and, on October 27, 2020, the Debtor filed its motion to modify the plan to substitute in Danco, Inc. ("Danco") and Danco's loan for the refinancing set forth in the confirmed plan [Doc. Nos. 232, 233, 234]. At a hearing on November 18, 2020, the Court granted the plan modification refinancing motion on a final basis [Doc. No. 256].

On December 17, 2020, the Debtor filed its notice of Plan Effective Date [Doc. No. 269], notifying all parties in interest that the Danco loan had closed and funded and payments by wire and check sent to creditors, thereby effectuating the confirmed chapter 11 plan.

On account of the disbursements to creditors from refinancing, the Debtor submits that the Plan has been substantially consummated with payment in full to almost all of the creditors:

| Plan Class | Creditor | Payment | Balance Owing |
|---|---|---|---|
| Admin Claim | 2020 Q4 UST Fee | $4,875.00 | None |
| Admin Claim | Debtor's Counsel ("LNBYB") | $100,000.00 | Subject to forthcoming final fee application |
| Unclassified Priority Tax Claim | Employment Development Department ("EDD") | $22,241.16 | $33,361.77 |
| Class 1 | L.A. County Property Taxes | $55,582.77 | None |
| Class 2 | IRS | $31,853.32 | None |
| Class 3 | City of Los Angeles | N/A | None |
| Class 4 | Acon Development Inc. | $550,000.00 | None |

| Class 4 Settlement Component for Attorneys' Fees | Acon's Attorneys | $116,865.16 | None |
|---|---|---|---|
| Class 5 & 6 | Curtis and Ammec, Inc. Mechanic Lien Reserve | $40,000.00 | None |
| Class 7 | State of California Parks & Recreation | N/A | None |
| Class 8 | General Unsecured Creditors | N/A | None |
| Class 9 | Reorganized Debtor | $12,718.50 | None |

The Plan sets forth the total EDD priority unsecured claim in the amount of $55,602.93, which is scheduled to be paid $1,853.43 per month over 30 months commencing in July 2020 and ending in December 2022. The Plan refinancing proceeds made the first 12 payments to the EDD ($1,853.43 x 12 = $22,241.16) in one lump sum so that the next payment to the EDD in the amount of $1,853.43 will not be due until July 2021.

The Reorganized Debtor believes that it is current on its payments to the United States Trustee for quarterly fees. The Debtor made a payment in the amount of $4,875 for the fourth quarter of 2020 to be sent to the U.S. Trustee from the Plan refinancing. The Reorganized Debtor will pay its quarterly fee for the first quarter of 2021 when it comes due.

The Reorganized Debtor is unaware of any post-confirmation tax liabilities that have accrued or come due, other than ordinary real property taxes on the Property, which will be paid in the ordinary course.

Any and all bar dates for filing proofs of claim in this Case have passed. The Debtor has reviewed the proofs of claim and determined that it will not be filing any further motions to disallow claims. There are no pending matters before this Court other than final fee applications, which are set for hearing on March 10, 2021.

There is one adversary remaining pending: People Who Care Youth Center, Inc. v. Ammec, Inc. and Greta Curtis, 2:18-ap-01139-RK, which is set for trial on February 18 and 19, 2021, and which may conclude before the hearing on the Motion.

1    Based on the foregoing, the Debtor submits that the Debtor's Plan has been substantially consummated, the Debtor's bankruptcy estate will be fully administered by the time of the hearing on this Motion, and the Court should enter a final decree closing the Debtor's Case.

### III. DISCUSSION

Rule 3022 of the Federal Rules of Bankruptcy Procedure provides: "After an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. Under Bankruptcy Rule 3022, an estate may be closed even though the payments required by a Chapter 11 plan have not been completed. In re Nicolayson, 228 B.R. 252 (Bankr.E.D.Cal.1998). The case can be closed if the plan has been substantially consummated. In re Gates Community Chapel of Rochester, 212 B.R. 220 (Bankr.W.D.N.Y.1997). The fact that distributions remain to be made in a Chapter 11 case does not preclude the case from being closed. In re Jordan Mfg. Co., 138 B.R. 30 (Bankr.C.D.Ill.1992).

There are no pending motions in the case. All claim objections have been resolved. Final fee applications for all professionals in the case will be heard on March 10, 2021. Substantially all payments to all creditors under the Plan have been made. There is one adversary remaining pending: People Who Care Youth Center, Inc. v. Ammec, Inc. and Greta Curtis, 2:18-ap-01139-RK, which is set for trial on February 18 and 19, 2021, and which may conclude before the hearing on the Motion. Therefore, by the time of the hearing on the Motion, the Debtor's bankruptcy estate will be fully administered, and, thus, the Court should grant the Motion and enter an order of final decree closing the Case.

///
///
///
///
///
///

## IV. CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that the Court (1) enter an order granting the Motion in its entirety; (2) enter a final decree closing the Case, and (3) grant such other and further relief as the Court deems just and proper under the circumstances.

Dated: February 17, 2021                    PEOPLE WHO CARE YOUTH CENTER, INC.

                                                      By:    */s/ John-Patrick M. Fritz*
                                                              DAVID B. GOLUBCHIK
                                                               JOHN-PATRICK M. FRITZ
                                                                LEVENE, NEALE, BENDER,
                                                               YOO & BRILL, L.L.P.
                                                               Attorneys for Reorganized Debtor

## DECLARATION OF MICHELLE MCARN

I, Michelle McArn, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the president of the board of People Who Care Youth Center, Inc. (the "Debtor"), the reorganized debtor in this chapter 11 bankruptcy case.

3. I have served as the Debtor's president of the board since early 2017.

4. I make this declaration in support of the motion to which it is attached. Unless otherwise stated with specificity or implied by context, initial capitalized words used in this declaration have the same meanings as ascribed to them in the attached Motion and notice.

5. I have read the Motion, to which this declaration is attached, and I hereby agree with and verify the facts set forth therein and incorporate such facts in this declaration.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of February 2021, at Los Angeles, California.

/s/ Michelle McArn
MICHELLE MCARN, Declarant

# Exhibit 1

DAVID B. GOLUBCHIK (State Bar No. 185520)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JPF@LNBYB.COM

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 2:18-bk-10290-RK |
| | ) |
| PEOPLE WHO CARE YOUTH CENTER, INC., | ) Chapter 11 Case |
| | ) Small Business Case 11 U.S.C. § 1116 |
| | ) |
| Debtor and Debtor in Possession. | ) **ORDER OF FINAL DECREE CLOSING** |
| | ) **DEBTOR'S CHAPTER 11 CASE** |
| | ) |
| | ) Hearing: |
| | ) Date:   March 10, 2021 |
| | ) Time:   11:00 a.m. |
| | ) Place:  Courtroom 1675 |
| | )            255 East Temple Street |
| | )            Los Angeles, CA 90012 |

1

1  On March 10, 2021, at 11:00 a.m., the Honorable Robert N. Kwan, United States Bankruptcy Judge for the Central District of California (the "Court"), held a hearing (the "Hearing") in Courtroom 1675 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, to consider the *Notice of Motion and Motion for Entry of Final Decree Closing Debtor's Chapter 11 Case* (the "Motion") [docket entry no. ___] filed by People Who Care Youth Center, Inc. (the "Debtor"), the reorganized debtor in the above-captioned chapter 11 bankruptcy case. Opposition to the Motion was neither filed nor received, and the Court waived appearances for the Hearing.

The Court, having read and considered the Motion, the notice of the Motion and all declarations and pleadings filed in support of the Motion, and finding notice of the Motion and Hearing to be good and proper, and good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is GRANTED in its entirety;
2. The Court issues its FINAL DECREE; and
3. The Case is CLOSED.

**SO ORDERED.**

###

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE CLOSING DEBTOR'S CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHELLE MCARN IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

*Served via First Class Mail*
Hon. Robert N. Kwan
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2021 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

10

**2:18-bk-10290-RK Notice will be electronically mailed to:**

Garrett M Fahy on behalf of Creditor Acon Development, Inc.
gfahy@grsm.com, rgbrown@grsm.com

John-Patrick M Fritz on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Cross Defendant People Who Care Youth Center, Inc.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Debtor People Who Care Youth Center, Inc.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff People Who Care Youth Center, Inc.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

David B Golubchik on behalf of Debtor People Who Care Youth Center, Inc.
dbg@lnbyb.com, stephanie@lnbyb.com

David B Golubchik on behalf of Plaintiff People Who Care Youth Center, Inc.
dbg@lnbyb.com, stephanie@lnbyb.com

Craig J Mariam on behalf of Creditor Acon Development, Inc.
cmariam@gordonrees.com, jfarrar@gordonrees.com;fansary@grsm.com

Mitchell E Rishe on behalf of Creditor California Department of Parks and Recreation
mitchell.rishe@doj.ca.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

11

```
Label Matrix for local noticing        California Department of Parks and Recreatio   Keller Williams - Inglewood
0973-2                                 c/o California Department of Justice            111 N La Brea Ave Ste 300
Case 2:18-bk-10290-RK                  Office of the Attorney General                  Inglewood, CA  90301-4603
Central District of California         300 South Spring Street, Suite 1702
Los Angeles                            Los Angeles, CA 90013-1256
Fri Feb 12 13:04:21 PST 2021

People Who Care Youth Center, Inc.     Los Angeles Division                            ACON DEVELOPMENT INC
1500 W. Slauson Ave                    255 East Temple Street,                         GORDON & REES LLP
Los Angeles, CA 90047-1230             Los Angeles, CA 90012-3332                      JASON SUH ESQ
                                                                                       633 WEST 5TH STH STREET 52ND FLOOR
                                                                                       LOS ANGELES, CA 90071

AMMEC AND COMPANY INC                  Acon Development, Inc.                          California Department of Parks and Recreatio
4118 EAST 1ST STREET                   633 West 5th Street 52nd Floor                  c/o Office of the Attorney General
LOS ANGELES, CA 90063                  Los Angeles, CA 90071-2005                      Attn: Mitchell Rishe, Deputy AG
                                                                                       300 S. Spring St., Suite 1702
                                                                                       Los Angeles, CA 90013-1256

City of Los Angeles                    DWP                                             Department of Water and Power
Office of Finance                      111 N. Hope St.                                 City of Los Angeles
File 57063                             Los Angeles, CA 90012-2607                      Attn Bankruptcy
Los Angeles, CA 90074-7063                                                             PO Box 51111
                                                                                       Los Angeles CA 90051-5700

Dept of Parks and Recreation           Employment Development Department               Employment Development Dept.
PO Box 942896                          Bankruptcy Group MIC 92E, PO BOX 826880         Bankruptcy Group MIC 92E
Sacramento, CA 94296-0001              Sacramento, CA 95814                            P.O. Box 826880
                                                                                       Sacramento, CA 94280-0001

Franchise Tax Board                    GS Fire Technology, Inc.                        Gordon & Rees, LLP attn:  Jason Suh
Special Procedures - Insolvency        12896 Portola St.                               633 West 5th St., 52nd Floor
P.O. Box 2952                          Victorville, CA 92392-5462                      Los Angeles, CA 90071-2005
Sacramento, CA 95812-2952

Greta Curtis                           Groth Link                                      (p)INTERNAL REVENUE SERVICE
PO Box 19893                           P.O Box 14867                                   CENTRALIZED INSOLVENCY OPERATIONS
Los Angeles, CA 90019-0893             Las Vegas, NV 89114-4867                        PO BOX 7346
                                                                                       PHILADELPHIA PA 19101-7346

LADWP                                  (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Pacific Bell Telephone Company
P O BOX 515407                         ATTN BANKRUPTCY UNIT                            % AT&T Services, Inc
LOS ANGELES, CA 90051-6707             PO BOX 54110                                    Karen A. Cavagnaro - Lead Paralegal
                                       LOS ANGELES CA 90054-0110                       One AT&T Way, Room 3A104
                                                                                       Bedminster, NJ 07921-2693

Pitney Bowes                           Republic Services                               Time Warner
1313 North Atlantic Ste 301            12949 Telegraph Rd                              PO Box 60074
Spokane, WA 99201-2303                 Santa Fe Springs, CA 90670-4049                 City of Industry, CA 91716-0074

United States Trustee (LA)             William Tanner                                  David B Golubchik
915 Wilshire Blvd, Suite 1850          1913 E 17th St Ste 212                          Levene Neale Bender Yoo & Brill LLP
Los Angeles, CA 90017-3560             Santa Ana, CA 92705-8627                        10250 Constellation Blvd Ste 1700
                                                                                       Los Angeles, CA 90067-6253
```

John-Patrick M Fritz
Levene Neale Bender Yoo et al
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Michelle McArn
10968 Ardath Ave
Inglewood, CA 90303-2405

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm. 4062
Los Angeles, CA 90012

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Acon Development, Inc.

(u)Ammec Inc.

(u)Keller Williams- Pacific Playa

(u)Levene, Neale, Bender, Yoo & Brill L.L.P.

(u)Unchained Financial Services, Inc.

(d)Ammec and Company, Inc.
4118 East 1st Street
Los Angeles, CA 90063

(d)Greta Curtis
PO Box 19893
Los Angeles, CA 90019-0893

End of Label Matrix
Mailable recipients    31
Bypassed recipients     7
Total                  38