DAVID B. GOLUBCHIK (State Bar No. 185520)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYB.COM; JPF@LNBYB.COM

**FILED & ENTERED**

MAR 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

Attorneys for Chapter 11
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

PEOPLE WHO CARE YOUTH CENTER, INC.,

    Debtor and Debtor in Possession.

)  Case No.: 2:18-bk-10290-RK
)
)  Chapter 11 Case
)  Small Business Case 11 U.S.C. § 1116
)
)  **ORDER APPROVING SECOND AND FINAL APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES**
)
)  Hearing:
)  Date:    March 10, 2021
)  Time:   11:00 a.m.
)  Place:  Courtroom 1675
)               255 East Temple Street
)               Los Angeles, CA 90012

1

1   On March 10, 2021, at 11:00 a.m., the Honorable Robert N. Kwan, United States Bankruptcy Judge for the Central District of California (the "Court"), held a hearing (the "Hearing") in Courtroom 1675 of the Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, for the Court to consider the *Second and Final Application of Levene, Neale, Bender, Yoo & Brill L.L.P. for Approval of Fees and Reimbursement of Expenses* (the "Application") [Dkt. No. 279] filed by Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), the general bankruptcy counsel employed by People Who Care Youth Center, Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case. Opposition to the Application was neither filed nor received, and the Court waived appearances for the Hearing.

The Court, having read and considered the Application and all papers filed in support of the Application, including the *Declaration of Michelle McArn in Support of Final Applications for Approval of Fees and Reimbursement of Expenses* (the "Declaration") [Dkt No. 286] and having further considered the record in this case, the docket in this case, the Notice of the Application and Hearing, and for good cause appearing, therefor,

**HEREBY FINDS** that notice of the Application and Hearing were good and proper; and

**HEREBY ORDERS AS FOLLOWS:**

1. The Application for LNBYB's post-petition fees in the amount of $226,412.00 and post-petition expenses in the amount of $11,442.86 for total post-petition fees and expenses in the amount of $237,854.86 for the Covered Period of October 1, 2019, through December 16, 2020, is APPROVED on a final basis.

2. The Application for LNBYB's post-petition fees in the amount of $525,629.50 and costs in the amount of $33,845.67 for total fees and costs in the amount $559,475.17 for the Total Period of January 17, 2018, through December 16, 2020, is APPROVED on a final basis.

3. In accordance with the voluntary agreement between LNBYB and the Debtor, as set forth in the Declaration, (1) LNBYB shall keep its commitment to seek recovery only from defendants Curtis and Ammec for fees and costs connected to the Disputed Mechanic Lien

adversary proceeding, and, thus, seek recovery from Debtor only for the fees associated with the chapter 11 reorganization, which are $296,631.50. (2) LNBYB shall voluntarily discount these fees of $296,631.50 by 50% to $148,320.75. (3) LNBYB shall then apply the $100,000 already received from refinancing and (4) apply the $40,000 reserve for the Disputed Mechanic Lien (if Debtor prevails at trial in adversary proceeding 2:18-ap-01139-RK), which (5) leaves a balance of $8,320.75 of fees. (6) The total costs for the entire Total Period are $33,845.67, and LNBYB shall apply a 50% discount of $16,922.84. (7) The total discounted fees and costs is $25,243.59, but shall be rounded down to $25,000.00. (8) The $25,000 shall be paid in monthly installments of $1,000 commencing in January 2023. (9) If Debtor pays the total sum of $15,000 before January 1, 2022, then Debtor shall have a discounted payoff in the total sum of that $15,000.

**IT IS SO ORDERED.**

###

Date: March 12, 2021

_____
Robert Kwan
United States Bankruptcy Judge

3